**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DR. KEVIN RAY BUCKWALTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> DR. ANDREA TRESCOTT, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 2:10-cv-00154-JCM-PAL <br><br> **DISCOVERY PLAN AND** <br> **SCHEDULING ORDER** |

The court held a status conference in this matter on December 14, 2010. Bryce B. Buckwalter appeared for Plaintiff and James B. Fairbanks appeared telephonically for Defendant.. This case was filed in state court and removed to this court on February 4, 2010. Defendant filed a Motion to Dismiss (Dkt. #6) on February 16, 2010. The parties submitted a Discovery Plan and Scheduling Order (Dkt. #38), and the court held a hearing on it on November 2, 2010. The parties represented that they were engaged in settlement negotiations and were hopeful the matter could be resolved within thirty days. However, counsel represents that the matter has not resolved, and although it is still possible a discovery plan is required. Accordingly,

**IT IS ORDERED:**

1. The following discovery plan and scheduling order dates shall apply:

    a. Last date to complete fact discovery: **March 14, 2011.**

    b. Last date to file interim status report: **February 14, 2011.**

    c. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 14, 2011.**

    f. Last date to disclose rebuttal experts: **March 2, 2011.**

    g. Last date to depose experts: **March 23, 2011**.

        h.      Last date to file dispositive motions: **April 16, 2011.**

        i.      Last date to file joint pretrial order: **May 14, 2011.** In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

3. Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., February 22, 2011.** and shall fully comply with the requirements of LR 26-4.

Dated this 14th day of December, 2010.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE